UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MATTHEW PAUL MATHERNE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-1561** |
| **HOUMA POLICE DEPT., ET AL.** | **SECTION "I"(4)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter.   Therefore,

**IT IS ORDERED** that petitioner Matthew Paul Matherne's 42 U.S.C. § 1983 claims against defendant Houma Police Department be **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e) and § 1915A, as frivolous and otherwise for failure to state a claim for which relief can be granted.

**IT IS FURTHER ORDERED**, that defendants' motion to dismiss[1] should be **DENIED** at this time and that Matherne's claims of excessive force against defendant Matthew Henry be allowed to move forward for further proceedings.

New Orleans, Louisiana, this 16th day of April, 2025.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

1  Rec. Doc. No. 17